FILED
 2009 Aug-24  PM 04:17
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **RAY PINEDA AVILES,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     **2:09-CV-0560-RDP-TMP** |
| | ) |
| **JUDGE VIRGINIA VINSON,** | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 27, 2009, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). Plaintiff filed objections to the report and recommendation on August 3, 2009.

In his objections, Plaintiff continues to claim, without submitting facts to support his claim, that Judge Vinson lacked subject matter jurisdiction to rule in his case. Plaintiff also complains that the magistrate judge erred when he dismissed his case prior to service of process. Plaintiff cites numerous cases to support his position, all of which were decided prior to the passage of the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, § 804, 110 Stat. 1321, and 28 U.S.C. § 1915A. The cases cited by Plaintiff are no longer applicable. Under § 1915A, the court is now required to dismiss *sua sponte* a prisoner's complaint prior to service if it is frivolous, malicious, fails to state a claim, or seeks monetary damages from an immune defendant. As the Eleventh Circuit noted in *Mitchell v. Farcass*, 112 F.3d 1483 (11th Cir. 1997), the PLRA changed *in forma pauperis* practice for prisoners, requiring them to pay partial filing fees when unable to prepay the entire fee. Moreover, despite the partial filing fee payment, prisoners' complaint remain subject to dismissal *sua sponte* if they are frivolous, malicious, fail to state a claim, or seek monetary relief from a

defendant immune from such relief. The payment of the partial filing fee, therefore, does not preclude the court from determining that the complaint must be dismissed as frivolous prior to service of process. Further, the magistrate judge correctly determined that Plaintiff's complaint against Judge Vinson, directly related to a ruling she made in her judicial capacity, is barred absolutely by the doctrine of judicial immunity.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted, or seeking monetary relief from defendants who are immune. A Final Judgment will be entered.

**DONE** and **ORDERED** this ___24th___ day of August, 2009.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE